IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

01/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0238

DA 20-0238

_____

ALPS PROPERTY & CASUALTY INSURANCE
COMPANY, d/b/a Attorneys Liability Protection
Society, A Risk Retention Group,

     Plaintiffs and Appellees,

  v.

KELLER, REYNOLDS, DRAKE, JOHNSON &
GILLESPIE, P.C., RICHARD GILLESPIE, BRYAN
SANDROCK, GG&ME, LLC, a Montana Limited
Liability Company, and DRAES, INC., a Montana
Close Corporation, CHARLES JOSEPH SIEFERT
and THOMAS Q. JOHNSON,

     Defendants and Appellants.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 6 2021